UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHUYLKILL VALLEY SPORTS, INC., : |  |
| Plaintiff, : |  |
| : |  |
| v. : | No. 5:20-cv-02332 |
| : |  |
| CORPORATE IMAGES CO.; : |  |
| REENIE RICH, INC.; RICH MCGINNIS; : |  |
| and PHIL SNYDER, : |  |
| Defendants. : |  |

**O R D E R**

**AND NOW**, this 15th day of June, 2020, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 3, is **DENIED without prejudice**[1] without a hearing.

2. Plaintiff's Motion for Expedited Discovery, ECF No. 4, is **DENIED**.

3. **On or before June 22, 2020**, Defendants shall respond to the Complaint.

4. The Clerk of Court shall update the docket to reflect the correct name of Defendant "Corporate Images Co." as "Corporate Images."

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] If Plaintiff obtains additional evidence or circumstances change prior to trial, the motion may be renewed.